United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 17, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-20382

_____

DEALER COMPUTER SERVICES INC, formerly known as Ford Dealer Computer Services Inc

Plaintiff – Appellant

v.

FORD MOTOR COMPANY

Defendant – Appellee

---

Appeal from the United States District Court for the
Southern District of Texas, Houston

---

Before JOLLY, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

AFFIRM.  See 5TH CIRCUIT RULE 47.6.

---

[*] Pursuant to 5TH CIRCUIT RULE 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.